# EXHIBIT 1

# NON-DISCRIMINATION AND
# ANTI-HARASSMENT POLICY
# AND
# ARBITRATION AGREEMENT

S.A. Peck & Co. and C.D. Peacock, Inc. (referred to herein collectively as the "Company"), together with their affiliated companies, are committed to providing a work environment free of discrimination and harassment. Each individual has the right to work in a professional atmosphere that promotes equal employment opportunities and prohibits discriminatory practices, including harassment. Therefore, the Company expects that all relationships among persons in the workplace will be business-like and free of bias, prejudice and harassment.

It is the policy of the Company to ensure equal employment opportunity without discrimination or harassment on the basis of race, color, national origin, religion, sex, age, disability, citizenship, marital status, sexual orientation or any other characteristic protected by law. The Company prohibits and will not tolerate any such discrimination or harassment.

The Company's policy applies to all applicants and employees and prohibits harassment, discrimination and retaliation whether engaged in by a fellow employee, a supervisor, a manager, an officer or anyone else associated with the Company or any affiliated entity. This policy also protects employees from harassment by individuals not directly connected to the Company such as vendors or clients. If harassment occurs on the job by someone not employed by the Company, the procedures in this policy should be followed as if the harasser were an employee of the Company.

Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and other business-related social events.

## Definitions

a.  *Sexual Harassment*. Sexual harassment constitutes discrimination and is illegal under federal, state and local laws. Sexual harassment is defined, as in the Equal Employment Opportunity Commission Guidelines, as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when, for example: (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (ii) submission to or rejection of

i

such conduct by an individual is used as the basis for employment decisions affecting such individual; (iii) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance; or (iv) such conduct has the purpose or effect of creating an intimidating, hostile or offensive working environment.

Sexual harassment includes various forms of offensive behavior. Depending on the circumstances, these behaviors may include, but are not limited to, unwanted sexual advances; offering employment benefits in exchange for sexual favors; making or threatening reprisals after a negative response to sexual advances; visual conduct such as leering, making sexual gestures, displaying of sexually suggestive objects or pictures, drawings, cartoons or posters (including through e-mail); verbal conduct such as making or using derogatory comments, epithets, slurs, sexually explicit jokes, comments about an employee's body or dress; verbal sexual advances or propositions; verbal abuse of a sexual nature, graphic verbal commentary about an individual's body, sexually degrading words to describe an individual, suggestive or obscene letters, notes or invitations; and physical conduct such as touching, assault, impeding or blocking movements.

It is unlawful for males to sexually harass females or other males, and for females to sexually harass males or other females.

b.    *Other Types of Harassment*. Harassment on the basis of any other protected characteristic is also strictly prohibited.    Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his/her race, color, religion, sex, national origin, age, disability, citizenship, marital status, sexual orientation or any other characteristic protected by law or that of his/her relatives, friends or associates, and that:  (i) has the purpose or effect of creating an intimidating, hostile or offensive work environment; (ii) has the purpose or effect of unreasonably interfering with an individual's work performance;  or  (iii)  otherwise  adversely  affects  an  individual's employment opportunities.

Harassing conduct may include, but is not limited to, epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; physical conduct such as assault, unwanted touching or blocking normal movement; denigrating jokes; and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group such as pictures, drawings, cartoons or posters (including through e-mail).

## Retaliation is Prohibited

The Company prohibits retaliation against any individual who reports discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action.

Prohibited retaliation includes, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions or otherwise denying any employment benefit.

## Complaint Procedure

a.   *Reporting an Incident of Harassment, Discrimination or Retaliation*. The Company's complaint procedure provides for an immediate, thorough and objective investigation of any harassment and/or discrimination claim. If the Company determines that prohibited harassment and/or discrimination has occurred, it will take appropriate remedial action against a person found to have engaged in such prohibited conduct. The discipline will be commensurate with the severity of the offense. Appropriate action will also be taken to deter any future prohibited harassment and/or discrimination. A person may have a claim of harassment and/or discrimination even if he or she has not lost a job or some economic benefit.

The Company strongly urges the reporting of all incidents of discrimination, harassment or retaliation, regardless of the offender's identity or position. Individuals who believe they have experienced conduct that they believe is contrary to the Company's policy or who have concerns about such matters should file their complaints with the Director of Human Resources, the Chief Financial Officer, the General Counsel, or the President of the Company. Individuals should not feel obligated to file their complaints with their immediate supervisor first before bringing the matter to the attention of one of the other Company designated representatives identified above. If any further incident(s) of harassment or discrimination occur, those incident(s) should also be immediately reported.

iii

> **IMPORTANT NOTICE TO ALL EMPLOYEES:**
>
> Employees who have experienced conduct they believe is contrary to this policy have a legal obligation to take advantage of this complaint procedure. An employee's failure to fulfill this obligation could affect his or her right to pursue legal action.

Early reporting and intervention have proven to be the most effective method of resolving actual or perceived incidents of harassment and/or discrimination. Therefore, while no fixed reporting period has been established, the Company strongly urges the prompt reporting of complaints or concerns so that rapid and constructive action can be taken.

The availability of this complaint procedure does not preclude individuals who believe they are being subjected to harassing and/or discriminatory conduct from promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued.

b.  ***The Investigation*** - Any reported allegations of harassment, discrimination or retaliation will be investigated promptly. Designated representatives of the Company will immediately undertake an effective, thorough and objective investigation of the harassment, retaliation and/or discrimination allegations. The investigation will be completed and a determination regarding the alleged harassment, retaliation and/or discrimination will be made and communicated to the person making the claim as soon as practical. The investigation may include individual interviews with the parties involved and, where necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge.

The Company will attempt to maintain the confidentiality throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action.

c.  ***Responsive Action*** - Misconduct constituting harassment, discrimination or retaliation will be dealt with appropriately. Responsive action may include, for example, training, referral to counseling and/or disciplinary action such as warning, reprimand, withholding of a promotion or pay

iv

increase, reassignment, temporary suspension without pay or termination, as the Company believes appropriate under the circumstances.

Finally, these policies should not, and may not, be used as a basis for excluding or separating individuals of a particular gender, or any protected characteristic, from participating in business or work-related social activities or discussions in order to avoid allegations of harassment. The law and the policies of the Company prohibit disparate treatment on the basis of sex or any other protected characteristic, with regard to terms, conditions, privileges and perquisites of employment. The prohibitions against harassment, discrimination and retaliation are intended to complement and further these policies, not to form the basis of an exception to them.

## Arbitration Agreement

S.A. Peck & Co. and C.D. Peacock, Inc. (referred to herein individually and/or collectively as the "Company") and the undersigned Employee ("Employee") agree that in the event of any legal dispute between the parties concerning this Non-Discrimination and Anti-Harassment Policy and Arbitration Agreement or legal rights arising from or relating to the employment relationship between the Company and Employee, the parties shall submit their dispute solely to binding arbitration, except as provided herein. Insured workers compensation claims (other than wrongful discharge claims) and claims for unemployment insurance are excluded from arbitration under this provision. The arbitration will be conducted under the authority of the Federal Arbitration Act. The arbitration will be conducted by the American Arbitration Association, or other mutually agreeable arbitration service. The arbitrator(s) shall be duly licensed to practice law in the State of Illinois.

Either party may pursue a motion for summary judgment from the arbitrator(s) which shall be decided under the federal standard. Each party will be allowed at least one deposition. The arbitrator(s) shall be required to state in a written opinion all facts and conclusions of law relied upon to support any decision rendered. No arbitrator will have authority to render a decision that contains an outcome determinative error of state or federal law, or to fashion a cause of action or remedy not otherwise provided for under applicable state or federal law. Any dispute over whether the arbitrator(s) authority has been exceeded will be resolved by summary judgment in a court of law. In all other respects, the arbitration process will be conducted in accordance with the American Arbitration Association employment arbitration rules or other mutually agreeable arbitration service rules with each party's expenses therefrom to be borne by that party unless otherwise determined by the arbitrator(s). All proceedings shall be conducted in Chicago, Illinois, or another mutually agreeable site. The duty to arbitrate described above shall survive the termination of Employee's employment with the Company. The parties understand that they have the right to have any dispute between

v

them decided in court, but they have chosen instead to have any and all such disputes (except as provided herein) decided solely by arbitration in order to avoid the burden, expense and uncertainty of the judicial process. **The parties hereby knowingly and voluntarily waive trial in a court of law or by jury.** All other rights, remedies, time limitations and defenses applicable to claims asserted in a court of law will apply in the arbitration.

The Company and Employee agree to the foregoing arbitration provision.

**C.D. Peacock, Inc.**

By: _____

_____
Printed Name

_____
Title

_____
Date
11-22-05

**Employee Signature:**

_____
Gloria J. Ware

_____
Printed Name

_____
Date
11-22-05

**S.A. Peck & Company**

By: _____

_____
Printed Name

_____
Title

_____
Date

# EMPLOYEE RECEIPT

By my signature below, I acknowledge that I have received a copy of the Company's Non-Discrimination and Anti-Harassment Policy and Arbitration Agreement. I agree to read it thoroughly, including the "Complaint Procedure". I also agree that if there is any provision in the Non-Discrimination and Anti-Harassment Policy and Arbitration Policy that I do not understand, I will seek clarification from the Director of Human Resources.

Printed Name: *Gloria Jean Ware*

Signature: *[signature]*

Date: *11-22-05*