# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Helene Tomasian
                        Plaintiff,

v.                                          Case No.: 1:09−cv−05665
                                                              Honorable William J. Hibbler

CD Peacock Inc, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 21, 2010:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 4/21/2010. Plaintiff's response to defendants' motion to stay [12] due by 6/11/2010. Defendants' reply due by 7/2/2010. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.