# EXHIBIT 4



Littler Mendelson, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601

Jeremy W. Stewart
312.372.5520 main
312.893.2276 fax
jwstewart@littler.com

January 26, 2010

**VIA E-MAIL AND U.S. MAIL**

Keith L. Hunt
Keith L. Hunt & Associates, P.C.
Three First National Plaza, Suite 2100
Chicago, IL 60602
KHunt@huntassoclaw.com

Re: *Ware v. C.D. Peacock, Inc.*, AAA No. 51 160 001451-08

Dear Mr. Hunt:

I have enclosed a Notice of Deposition and Subpoena for the Deposition of Helene Tomasian in the *Ware v. C.D. Peacock, Inc.* matter. This subpoena will be duly served on your client. Despite our numerous attempts to identify dates that suited both yours and Ms. Tomasian's schedule, you refused to provide a date; as such, we were forced to unilaterally select a date. Thus, the deposition has been scheduled for **9:00 am** on **February 26, 2010**, at our offices, located at 200 N. LaSalle St., Suite 2900, Chicago, Illinois, 60601.

As previously discussed, it is critical that we have an opportunity to depose Ms. Tomasian regarding the extensive declaration she voluntarily submitted in the *Ware* matter. In submitting a sworn statement, Ms. Tomasian willing injected herself into and consented to be a witness in the *Ware* matter. In fact, Ms. Tomasian's declaration was relied on heavily by both Ms. Ware in her Opposition to C.D. Peacock's request to file a summary judgment motion and by the Arbitrator in denying C.D. Peacock's Motion for Summary Judgment. Thus, her statements have served to protract the time, and exponentially increase the costs, associated with litigating the *Ware* matter.

As we have previously informed you, we intend to limit Ms. Tomasian's deposition in the *Ware* case to those issues presented in Ms. Tomasian's declaration. We believe that deposing Ms. Tomasian is necessary to avoid undue delay and expense in the *Ware* matter, and will avoid the possibility that C.D. Peacock being ambushed by defamatory comments from Ms. Tomasian at the eventual hearing.

Arbitrator Timothy Klenk, who is duly authorized to practice law in the State of Illinois, issued the enclosed subpoena. As I informed you in an e-mail on November 11, 2009, it is C.D. Peacock's position that Arbitrator Klenk's authority to issue a subpoena may be found in Rule 45 of the Federal Rules of Civil Procedure, made applicable by the Federal Arbitration Act § 7. *See also Scandinavian Reinsurance Co. Ltd. v. Continental Casualty Co.*, No. 04-cv-7020, p. 3-4 (N.D. Ill. Dec. 10, 2004) (denying motion to quash subpoenas served to non-party witnesses, summoning them to appear for depositions) (*citing Amgen, Inc. v. Kidney Center of Del. County,*

littler.com

Keith L. Hunt
January 26, 2010
Page 2

*Ltd.*, 879 F.Supp. 878, 880 (N.D. Ill. 1995) ("While the statute appears to allow an arbitrator to summon a third person only to testify at trial, as opposed to a pretrial discovery deposition, courts have held . . . that implicit in the power to compel testimony and documents for purpose of a hearing is the lesser power to compel such testimony and documents for purposes prior to hearing.")), *rev'd on other grounds*, 1996 U.S. App. LEXIS 28250 (7th Cir. 1996).

We trust that Ms. Tomasian will comply with the subpoena issued by Arbitrator Klenk, In the event she refuses, we will seek all costs and fees associated with enforcing her compliance.

Very truly yours,

Jeremy W. Stewart

Enclosures

cc: Amanda Helm Wright

Firmwide:93815182.1 028761.1004
1/26/10

## BEFORE THE AMERICAN ARBITRATION ASSOCIATION

IN THE MATTER OF: )
)
GLORIA WARE, ) Case Manager Tyler A. Srygley
        Claimant )
v. ) Case No. 51 160 001451 08
)
C.D. PEACOCK, INC., ) Arbitrator Timothy C. Klenk
)
        Respondent. )
)Subpoena for Deposition to Helene Tomasian

TO:   Helene Tomasian
       c/o Keith L. Hunt
       Sarah E. Levee
       Hunt & Associates, P.C.
       Three First National Plaza, Suite 2100
       Chicago, IL 60602

    Pursuant to the AAA Rules, the Federal Arbitration Act, and Federal Rules of Civil Procedure, you are commanded, all business and excuses being laid aside, to appear at the place, date and time specified below to testify in the above-captioned matter before a notary public or other official authorized by law to administer oath.

Place:        Littler Mendelson, P.C.
               200 North LaSalle Street, Suite 2900
               Chicago, IL 60601
               312.372.5520

Date and Time:   February 26, 2010 at 9:00 a.m.

Dated: January 22, 2010

Requested by: /s/ Jeremy W. Stewart        Signed: /s/ Timothy C. Klenk
               Jeremy W. Stewart                      Arbitrator Timothy C. Klenk
               Littler Mendelson, P.C.
               200 North LaSalle Street, Suite 2900
               Chicago, Illinois 60601
               (312) 372-5520-phone
               (312) 372-7880-fax

Attorneys for Respondent, C.D. PEACOCK, INC.

## PROOF OF SERVICE

I, hereby declare and state:

I am over the age of eighteen years, employed by Littler Mendelson in the County of Cook, State of Illinois, and not a party to the within action. My business address is 200 North LaSalle Street, Suite 2900, Chicago, Illinois 60601.

On January 26, 2010, I served the **SUBPOENA TO HELENE TOMASIAN** on the following in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Postal Service mail at Chicago, Illinois, addressed as follows:

**Helene Tomasian**
**c/o Keith L. Hunt**
**Sarah E. Levee**
**Hunt & Associates, P.C.**
**Three First National Plaza, Suite 2100**
**Chicago, IL 60602**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2010 at Chicago, Illinois.

Jeremy W. Stewart